**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-24232/6800077245

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-17914-GBN |
| Tovan Lawrence Adams and Deborah Michelle Marie Adams | Chapter 13 |
| Debtors. | ORDER |
| U.S. Bank, N.A. | (Related to Docket #14) |
| Movant, | |
| vs. | |
| Tovan Lawrence Adams and Deborah Michelle Marie Adams, Debtors, Edward J. Maney, Trustee. | |
| Respondents. | |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated March 5, 2007 and recorded in the office of the Pima County Recorder wherein U.S. Bank, N.A. is the current beneficiary and Tovan Lawrence Adams and Deborah Michelle Marie Adams have an interest in, further described as:

Parcel No. 1:

The Southwest quarter of the Northwest quarter and the Northeast quarter and East half of the Northwest quarter of the Northeast quarter of Section 14, Township 16 South, Range 16 East, Gila and Salt River Base and Meridian, Pima County, Arizona;

EXCEPT the East 30 feet of said East half;

EXCEPT the West 495 feet of said Southwest quarter; and

EXCEPT all coal and other minerals as reserved in the Patent from the United States of America.

Parcel 2:

An easement for ingress, egress and utilities over, under and upon the West 30 feet of the North 604.06 feet of the Northeast quarter of the Northwest quarter of the Northeast quarter of Section 14, Township 16 South, Range 16 East, Gila and Salt River Base and Meridian, Pima County, Arizona.

Parcel 3:

An easement for ingress, egress and utilities over the North 30 feet of the Northwest quarter of the Northwest quarter of the Northeast quarter of Section 14, Township 16 South, Range 16 East, Gila and Salt River Base and Meridian, Pima County, Arizona.

Parcel 4:

Those easements for ingress, egress and public utilities over those portions of Sections 11 and 14, Township 16 South, Range 16 East, Gila and Salt River Base and Meridian, Pima County, Arizona, created in Docket 4166 at page 93.

2002, Redman Homes Inc., Brighton, VIN # 13524026A & 13524026B

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT